BROWN & JONES REPORTING, INC.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

THE WISCONSIN COMPRESSED AIR
CORPORATION,

        Plaintiff,

    -vs-                      Case No. 07-C-0508

GARDNER DENVER, INC.,

        Defendant.

---

        Examination of JON TEPP, taken at the instance of the Plaintiff, under and pursuant to Federal Rules of Civil Procedure, before ANDREA STEWART, a Registered Professional Reporter and Notary Public in and for the State of Wisconsin, at Axley Brynelson, LLP, 2 East Mifflin Street, Suite 200, Madison, Wisconsin, on March 14, 2008, commencing at 12:34 p.m. and concluding at 12:34 p.m.

**BROWN & JONES REPORTING, INC.**

## Page 2

```
 1              A P P E A R A N C E S
 2  AXLEY BRYNELSON, LLP, by
    MR. TIMOTHY D. EDWARDS,
 3  2 East Mifflin Street, Suite 200,
    Madison, Wisconsin 53703,
 4  appeared on behalf of the Plaintiff.
 5  DAVIS & KUELTHAU, S.C., by
    MR. WILLIAM L. SHENKENBERG,
 6  111 East Kilbourn, Suite 1400,
    Milwaukee, Wisconsin 53202-6613,
 7  appeared on behalf of the Defendant.
 8              ALSO PRESENT
 9  Mr. Kirk L. Russell, Stuart Tank.
10
11
                    * * * * *
12
                    I N D E X
13
14  Examination By:                           Page
15  Mr. Edwards...........................      3
16
17
18  Exhibit Identified:    (None)
19
20
21
22
23
24
25
```

## Page 3

```
 1          TRANSCRIPT OF PROCEEDINGS
 2          JON TEPP, called as a witness herein,
 3      having been first duly sworn on oath, was examined
 4      and testified as follows:
 5                  EXAMINATION
 6  BY MR. EDWARDS:
 7  Q   Would you please state your full name?
 8  A   Jon Tepp.
 9  Q   Mr. Tepp, where do you currently work?
10  A   At Christensen Associates.
11  Q   And you've been retained as an expert witness in
12      this matter for the plaintiff, the Wisconsin
13      Compressed Air Corporation?
14  A   Yes.
15  Q   I'm showing you a document entitled "Stipulated
16      Protective Order Concerning confidentialty." Have
17      you seen this document?
18  A   Yes, I have.
19  Q   Have you had a chance to review it?
20  A   Yes, I have.
21  Q   And on behalf of Christensen & Associates, do you
22      agree to the terms of this document?
23  A   Yes, I do.
24          MR. EDWARDS: Those are the only
25      questions I have. Thank you.
```

## Page 4

```
 1  (Proceedings concluded at 12:34 p.m.)
 2
 3
 4
 5
...
25
```

## Page 5

```
 1  STATE OF WISCONSIN )
                       ) SS:
 2  COUNTY OF MILWAUKEE )
 3
 4
 5          I, ANDREA STEWART, a Registered
 6  Professional Reporter and Notary Public in and for the
 7  State of Wisconsin, do hereby certify that the above
 8  deposition of JON TEPP was recorded by me on March 14,
 9  2008, and reduced to writing under my personal
10  direction.
11          I further certify that I am not a
12  relative or employee or attorney or counsel of any of
13  the parties, or a relative or employee of such attorney
14  or counsel, or financially interested directly or
15  indirectly in this action.
16          In witness whereof I have hereunder set
17  my hand and affixed my seal of office at Milwaukee,
18  Wisconsin, this 17th day of March, 2008.
19
20          _____
                        Notary Public
21             In and for the State of Wisconsin
22
23
    My Commission Expires: May 17, 2009.
24
25
```